An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOAQUIN SOLIS; AND SUSANA SOLIS,<br>Appellants,<br>vs.<br>WELLS FARGO BANK, N.A,<br>Respondent. | No. 62208 |

**FILED**

JUN 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellants have filed a notice of their consent to the dismissal of this appeal, which we construe as a motion to voluntarily dismiss this appeal under NRAP 42(b). Having considered the motion, it is granted, with each party to bear their own costs and attorney fees. We thus ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Scott N. Freeman, District Judge
David Wasick, Settlement Judge
Geoffrey Lynn Giles
David J. Merrill, P.C.
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17039